UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 01 2018 ★

LONG ISLAND OFFICE

----------------------------------------x

CARLOS MENA and DAMON GREENRIDGE
*Individually and on behalf of others similarly situated,*

Plaintiffs

v.

Index No. 17-cv-6798 (SJF)(AKT)

STIPULATION OF DISCONTINUANCE

D. DANIELS CONTRACTING LTD. D/B/A
DANIELS SANITATION, AND DAVID E. DANIELS

Defendants.

----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, through their respective counsel, that the above action by Plaintiff Damon Greenridge may be and is hereby dismissed as to Defendants with prejudice and without costs to either party.

~~The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.~~ (SJF/pak)

Dated: New York, NY

_____4/30_____, 2018

THE KLEIN LAW GROUP, P.C.

By: _____
Darren Rumack, Esq.
39 Broadway Suite 1530
New York, New York 10006
(212) 344-9022
*Attorneys for Plaintiff Damon Greenridge*

Dated: New York, NY

_____, 2018

SAHN WARD & COSCHIGNANO, PLLC

By: Ralph Branciforte
~~Christian Browne, Esq.~~ Ralph Branciforte
333 Earle Ovington Blvd., Suite 601
Uniondale, NY 11553
(516) 228-1300
*Attorneys for Defendants*

The Clerk of Court is directed to close This case.

SO ORDERED: as modified, this 1st day of May 2018 at Central Islip, New York.

_____
Sandra J. Feuerstein, U.S.D.J.